No. 93–63. L. A. GEAR, INC. *v.* THOM MCAN SHOE CO. ET AL. C. A. Fed. Cir. Motions of International Trademark Association

and Athletic Footwear Association for leave to file briefs as *amici curiae* granted. Certiorari denied.